### 33974. SHELKEITH, INC. et al. v. DEPARTMENT OF TRANSPORTATION.

BOWLES, Justice.

We granted the writ of certiorari in this condemnation case to review the Court of Appeals' opinion in *Shelkeith, Inc. v. Dept. of Transportation,* 146 Ga. App. 581 (246 SE2d 706) (1978), which held that under *White v. Ga. Power Co.,* 237 Ga. 341 (227 SE2d 385) (1976), the factfinder's refusal to award additional damages in a condemnation case is final and cannot be disturbed.

In light of our recent holding in *DeKalb County v.*

*Trustees &c. B. P. O. Elks,* 242 Ga. 707 (1978) in which *White,* supra, was overruled, the issue raised by this appeal has become moot. Therefore, the writ of certiorari is dismissed as improvidently granted.

*Appeal dismissed. All the Justices concur, except Nichols, C. J., Undercofler, P. J., and Hill, J., who concur in the judgment only.*

SUBMITTED NOVEMBER 3, 1978 — DECIDED DECEMBER 5, 1978.

*Kimzey, Kimzey & Carter, Herbert B. Kimzey, M. Keith York, Tom Carter,* for appellants.

*Gross, Stowe & Shepherd, Millard B. Shepherd, Jr.,* for appellee.